```
               IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF PUERTO RICO
```

UNITED STATES OF AMERICA

    **Plaintiff(s)**

          v.                                    **CRIMINAL NO.** 05-002(JAG)

JUAN DE TORRES CUMMING
    **Defendant(s)**

**ORDER**

The deadline for filing objections to the Magistrate-Judge's Report and Recommendation has elapsed. Upon review of the record, the Court adopts the Report and Recommendation. The Court hereby **DENIES** the defendant's MOTION to Suppress Evidence under <u>Franks V. Delaware</u>. (Docket NO. 18).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 21st day of October, 2005.

                                                    <u>S/Jay A. Garcia-Gregory</u>
                                                    JAY A. GARCIA-GREGORY
                                                   United States District Judge